

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-18-00897-CV

**IN THE INTEREST OF D.E.P., A CHILD**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00219
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

      Appellant is appealing the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. In *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order), we held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. In compliance with the procedure set out in *Anders*, appellant's attorney has informed appellant of the right to access the appellate record and to file his own brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *see also Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a *pro se* brief.

      If appellant desires to file a *pro se* brief, he must do so **within twenty (20) days** from the date of this order. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court